**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHICO NORWOOD**                                                                                      **PLAINTIFF**

v.                           **CASE NO. 5:13CV00026 BSM/HDY**

**ARKANSAS DEPARTMENT
OF CORRECTION et al.**                                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 9] have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Plaintiff Chico Norwood's claims against the Arkansas Department of Correction are dismissed with prejudice.

Dated this 14th day of June 2013.

_____
UNITED STATES DISTRICT JUDGE