**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHICO NORWOOD**                                                                              **PLAINTIFF**

v.                                              **CASE NO: 5:13CV00026 BSM**

**ARKANSAS DEPARTMENT**
**OF CORRECTION**                                                                              **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge H. David Young has been reviewed. No objections have been filed. After careful consideration, the recommended disposition should be, and hereby is, approved and adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant's motion to dismiss [Doc. No. 12] is granted, and plaintiff's complaint is dismissed without prejudice.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of August 2013.

_____
UNITED STATES DISTRICT JUDGE